EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Junta de Educación Jurídica Continua | 2015 TSPR 164<br><br>193 DPR ____ |
| --- | --- |

Número del Caso: EN-2015-3

Fecha: 10 de diciembre de 2015

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Junta de Educación Jurídica
Continua                    EN-2015-3

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 10 de diciembre de 2015.

En virtud del poder inherente del Tribunal Supremo de Puerto Rico para regular el ejercicio de la abogacía y al amparo de la Regla 8 del Reglamento de Educación Jurídica Continua aprobado el 30 de abril de 1998, según enmendado, se nombran a los y las siguientes profesionales del Derecho como miembros de la Junta de Educación Jurídica Continua quienes rendirán sus servicios *ad honorem*:

Hon. Jorge L. Toledo Reyna
Hon. Gerardo A. Flores García
Hon. Franklin Avilés Santa
Lcdo. José Luis Miranda de Hostos
Lcdo. José Antonio Fernández Jaquete
Lcdo. Ángel Cintrón García
Lcda. Reina M. Tejeda Cordero
Lcda. Arytza Martínez Rivera

El Hon. Franklin Avilés Santa y el Lcdo. José Antonio Fernández Jaquete desempeñarán su cargo por un término de cinco (5) años. El Lcdo. José Luis Miranda de Hostos y la Lcda. Arytza Martínez Rivera desempeñarán su cargo por un término de cuatro (4) años. Los honorables Jorge L. Toledo Reyna y Gerardo A. Flores García desempeñarán sus cargos

por tres (3) años. El Lcdo. Ángel Cintrón García y la Lcda. Reina M. Tejeda Cordero desempeñarán su cargo por dos (2) años.

Finalmente, agradecemos el desempeño y los años de servicio que rindieron quienes formaron parte de la Junta de Educación Continua:

Dr. Efraín González Tejera (q.e.p.d.)
Hon. Luis Roberto Piñero González
Lcdo. José Alberto Morales Rodríguez
Prof. Roberto Aponte Toro
Hon. Roberto José Sánchez Ramos
Lcda. Tamara Sosa Pascual
Lcdo. Mario R. Oronoz Rodríguez
Lcda. Angélica Toro Lavergne
Lcda. Carmen Mora Ruiz
Lcda. María D. Trelles Hernández

Esta Resolución tendrá vigencia de inmediato.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino. La Jueza Asociada Oronoz Rodríguez no intervino.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo